IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERRED BERNS, *individually, and as next friend to his minor children*; E.B.; and L.B., <br><br> Plaintiffs, <br><br> vs. <br><br> ENTRANS INT'L, LLC; PSC CUSTOM, LLC, *d/b/a* POLAR SERVICES CENTER; ALAN ROTH; and DOES 1-5; <br><br> Defendants. | CV 21-59-BLG-SPW-TJC <br><br> ORDER |

Defendants removed this action on May 24, 2021 from the Montana Thirteenth Judicial District Court, Yellowstone County, alleging fraudulent joinder of Defendant Alan Roth. (Doc. 1.) The Court notes that among Plaintiffs are minors identified by name.

Pursuant to Fed. R. Civ. P. 5.2(a)(3) and 5.2(d), and in conformance with the Guide for Filing in the District of Montana § 6(d)(i), the Notice of Removal and attached Exhibits should be sealed and redacted materials re-filed naming the minors by initials only. Accordingly,

IT IS HEREBY ORDERED that the Notice of Removal and Exhibits (Docs. 1, 1-1, 1-2, 1-3, 1-4, 1-5) be SEALED and Defendants shall re-file redacted versions in conformance with the above rules and guidance.

IT IS FURTHER ORDERED that the Clerk of Court amend the docket caption to reflect the named parties in the redacted Notice of Removal materials. (*See* Doc. 1-1; *see e.g.* Caption, *supra*.)

DATED this 24th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge