IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERRED BERNS, *individually, and as next friend to his minor children*; E.B.; and L.B.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ENTRANS INT'L, LLC; PSC CUSTOM, LLC, *d/b/a* POLAR SERVICES CENTER; ALAN ROTH; and DOES 1-5;<br><br>        Defendants. | CV  21-59-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiffs have filed an unopposed motion for extension of time to respond to Defendants' Partial Motion to Dismiss.  (Docs. 4, 9.)  Good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs shall file their response by June 29, 2021.

IT IS ORDERED.

DATED this 14th day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge